UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Rodney Shepherd, | : |
| Plaintiff, | : Civil Action No.: 2:16-cv-13558-RHC-RSW |
| v. | : |
| Ally Financial, Inc., | : |
| Defendant. | : |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: November 28, 2016

        Respectfully submitted,

        By  _/s/ Sergei Lemberg_____

        Sergei Lemberg, Esq.
        LEMBERG LAW, L.L.C.
        43 Danbury Road, 3rd Floor
        Wilton, CT 06897
        Telephone: (203) 653-2250
        Facsimile:  (203) 653-3424

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 28, 2016, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Eastern District of Michigan Electronic Document Filing System (ECF) and that the document is available on the ECF system.

Ariana F. Pellegrino, Esq.
Dickinson Wright PLLC
500 Woodward Avenue, Suite 4000
Detroit, MI 48226
*Attorney for Defendant*

                                    By  */s/ Sergei Lemberg*
                                           Sergei Lemberg, Esq.