UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Rodney Shepherd, | : |
| Plaintiff, | : Civil Action No.: 2:16-cv-13558-RHC-RSW |
| v. | : |
| Ally Financial, Inc., | : |
| Defendant. | : |

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

The Court, having been advised that Plaintiff, Rodney Shepherd, and Defendant, Ally Financial, Inc., through their respective counsel, stipulate to the above-caption action being dismissed, on the merits, with prejudice and without costs or fees to either party, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED AGREED** that the above-captioned action be dismissed, on the merits, with prejudice and without costs or fees to either party. The Court will retain jurisdiction to enforce the terms of the settlement agreement.

 S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  March 31, 2017

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, March 31, 2017, by electronic and/or ordinary mail.

                                                   S/Lisa Wagner
                                                   Case Manager and Deputy Clerk
                                                   (810) 292-6522

The undersigned stipulate to entry of the foregoing Order:

| | |
|---|---|
| Dated: <u>March 30, 2017</u> | Dated: <u>March 30, 2017</u> |
| <u>s/ Sergei Lemberg</u> | <u>s/ Ariana D. Pellegrino</u> |
| Sergei Lemberg, Esq. | Ariana D. Pellegrino, Esq. |
| LEMBERG LAW, LLC | DICKINSON WRIGHT, PLLC |
| 43 Danbury Road, 3rd Floor | 500 Woodward Avenue, Suite 4000 |
| Wilton, CT 06897 | Detroit, MI 48226 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |